FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAY 24 2007
DAVID J. MALAND, CLERK
BY
DEPUTY
5:00 p.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **CINDY MINOR,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | **Civil Action No. 4:05-CV-339** |
| | § | |
| **ALCATEL USA RESOURCES, INC.,** | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

**VERDICT OF THE JURY**

**Question No. 1**

Did Defendant terminate Plaintiff's employment because Plaintiff engaged in protected activity under the Equal Pay Act or Title VII?

Answer: "Yes" or "No".

**ANSWER:** Yes



MHS

*Answer the following Question only if you answered "Yes" to Question No. 1. If your answer to Question No. 1 was "No," then your service is complete; do not answer any further questions.*

**Question No. 2**

Would Defendant have made the same decision to terminate Plaintiff even if it had not considered Plaintiff's protected activity?

Answer: "Yes" or "No".

**ANSWER:** No





*Answer the following Question only if you answered "No" to Question No. 2. If your answer to Question No. 2 was "Yes," then your service is complete; do not answer any further questions.*

**Question No. 3**

What amount, if paid now in cash, would fully and reasonably compensate Plaintiff Minor for her pain and suffering, mental anguish, and loss of enjoyment of life proximately caused by Defendant Alcatel? You are not to consider any lost income (wages and fringe benefits) as this is a matter for the Judge to determine.

Answer in dollars and cents, or "None."

**Answer:** 50,000



MHS

*Answer the following Question only if you answered "No" to Question No. 2. If your answer to Question No. 2 was "Yes," do not answer any further questions.*

**Question No. 4**

Do you find that Alcatel itself made a good faith attempt to comply with the law?

Answer "Yes" or "No".

**ANSWER:** No



MHS

*Answer the following Question only if you answered "No" to Question No. 4. If your answer to Question No. 4 was "Yes," then your service is complete; do not answer any further questions.*

**<u>Question No. 5</u>**

Did Defendant Alcatel act with malice or reckless indifference to Plaintiff Minor's federally protected right to be free from unlawful retaliation under Title VII?

Answer "Yes" or "No".

**ANSWER:** Yes



MHC

*Answer the following Question only if you answered "Yes" to Question No. 5. If your answer to Question No. 5 was "No," then your service is complete; do not answer the following question.*

## Question No. 6

What amount of punitive damages, if any, do you find to be warranted to punish Alcatel for its conduct or to deter Alcatel from such conduct in the future?

Answer in dollars and cents, or "none."

**ANSWER:** 350,000

**The Foreperson should sign and date below to indicate that the foregoing represents the unanimous verdict of the jury.**

Laverne Elms

**JURY FOREPERSON SIGNATURE**

5-24-07

**DATE**



MHS