# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| CINDY MINOR | § | |
| | § | |
| v. | § | Case No. 4:05-cv-339 |
| | § | |
| ALCATEL USA RESOURCES, INC. | § | |

## ORDER ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

Pending before the Court is Plaintiff's Motion for Attorneys' Fees (Doc. 119). On Thursday, January 10, 2008, this Court conducted a hearing to consider Plaintiff's Motion for Attorneys' Fees (Doc. 119), Defendant's response to that motion (Doc. 124), Plaintiff's reply (Doc. 125), Defendant's Sur-Reply (Doc. 130), and Plaintiff's Bill of Costs (Doc. 116). Having considered the above documents, the evidence, and the argument of counsel presented at the January 10th hearing, the Court finds that the Motion should be GRANTED. In accordance with the findings and rulings this Court made in the January 10th hearing,

IT IS ORDERED that Plaintiff's Motion for Attorneys' Fees is GRANTED. Defendant Alcatel USA Resources, Inc. is ORDERED to pay to Plaintiff Cindy Minor her attorneys' fees in the amount of $247,006.25, plus non-taxable costs and expenses in the amount of $9,377.68.

IT IS FURTHER ORDERED that Plaintiff is entitled to recover taxable costs from Defendant in the amount of $4,823.72.

IT IS FURTHER ORDERED that Plaintiff recover from Defendant appellate attorneys fees in the amount of $52,500.00, in the event of an unsuccessful appeal to the Fifth Circuit Court of Appeals by Defendant.

**It is SO ORDERED.**

**SIGNED this 16th day of January, 2008.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE